ORDERED.

Dated: February 23, 2017

K. Rodney May
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re:<br><br>SCARBOROUGH, EDMUND CRAIG<br>SCARBOROUGH, YVONNE KAY<br><br>    Debtor(s). | Chapter 7<br><br>Case No. 8:14-bk-08222-KRM |
| DOUGLAS N. MENCHISE, TRUSTEE,<br><br>    Plaintiff,<br><br>vs.<br><br>TRIANGLE PLUMBING CO.,<br><br>    Defendants. | <br><br><br><br>Adv. Pro. No. 8:16-ap-456-KRM |

**ORDER GRANTING PLAINTIFF/TRUSTEE'S**
**MOTION TO CONTINUE TRIAL**

THIS CASE came on before the Court without a hearing upon the Plaintiff/Trustee's Motion to Continue Trial (Doc. No. 12). The Court has noted the settlement by the parties and pending 9019 Motion and is otherwise fully advised in the premises. Accordingly, it is

ORDERED:

1.   The Motion is **GRANTED**.

2.   This matter is rescheduled for a Status Conference to be held on

____April 4, 2017____ at ____10:00 a____.m. in Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602.

    3.    Avoid Delays. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure, a photo ID is required for entry into the courthouse.

\*\*Trustee, Douglas N. Menchise, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.